THIS OPINION HAS NO PRECIDENTIAL VALUE. 
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Frederick Y.
 Culp, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From York County
G. Edward Welmaker, Circuit Court Judge

Memorandum Opinion No.  2009-MO-050
 Submitted September 17, 2009  Filed
September 21, 2009  

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Ashley A. McMahan, all of Columbia, for Respondent.
 
 
 

___________
PER CURIAM: We granted certiorari to review the post-conviction
 relief courts denial of relief to petitioner.  We now dismiss the writ as
 improvidently granted.
DISMISSED AS
 IMPROVIDENTLY GRANTED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.